**FILED**
August 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>            Plaintiff,                           )<br>v.                                                     )<br>                                                        )<br>RODNEY DEAN SHEAD,              )<br>                                                        )<br>            Defendant.                      ) | Case No. 2:09CR00223-GEB-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RODNEY DEAN SHEAD__ , Case No. __2:09CR00223-GEB-2__ , Charge __21USC § 864 & 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    ✔     Bail Posted in the Sum of $ __150,000.00__

           __     Unsecured Appearance Bond

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

    ✔     (Other)     __Pretrial Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __August 7, 2009__ at __2:07 pm__ .

By   /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge

Copy 5 - Court