DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>KHAMALE KEOVILAY, et al.,            )<br>                                     )<br>            Defendants.              )<br>                                     )<br>_____        ) | Cr.S. 09-223-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 16, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for August 21, 2009 be continued to a status conference on Friday, October 16, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the parties have received a large amount of discovery and have been advised that more is coming.

Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for October 16, 2009,
2  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
3  (Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: August 17, 2009                  /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

DATED:  August 17, 2009

                                        /s/ Dennis S. Waks for
                                        _____
                                        SCOTT N. CAMERON Attorney for
                                        RODNEY SHEAD

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: August 17, 2009                  /s/ Dennis S. Waks for
                                        _____
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

                                        /s/ Dennis S. Waks for
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
```

                              O R D E R

   IT IS SO ORDERED.
Dated:  August 19, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

**2**