DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-223-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: March 12, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by to the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for January 15, 2010 be continued to a status conference on Friday, March 12, 2010 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery and have been advised that more is coming, including Title III documents.

1    Furthermore, the parties stipulate and agree that the interest of
2 justice served by granting this continuance outweighs the best interest
3 of the public and the defendant in a speedy trial. (18 U.S.C. §
4 3161(h)(7)(A)).
5    Speedy trial time is to be excluded from the date of this order
6 through the date of the status conference set for March 12, 2010,
7 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
8 (Local Code T4).
9 DATED: January 12, 2010
10                                        Respectfully submitted,
11                                        DANIEL J. BRODERICK
                                          Federal Defender
12
                                          /s/ Dennis S. Waks
13                                        _____
                                          DENNIS S. WAKS
14                                        Supervising Assistant Federal Defender
                                          Attorney for Defendant
15                                        KHAMALE KEOVILAY

16 DATED:   January 12, 2010
                                          /s/ Dennis S. Waks for
17                                        _____
                                          SCOTT N. CAMERON Attorney for
18                                        RODNEY SHEAD
   DATED: January 12, 2010
19                                        BENJAMIN B. WAGNER
                                          United States Attorney
20
                                          /s/ Dennis S. Waks for
21                                        _____
                                          HEIKO P. COPPOLA
22                                        Assistant U.S. Attorney

23                                        /s/ Dennis S. Waks for
                                          _____
24                                        TODD D. LERAS
                                          Assistant U.S. Attorney
25
        IT IS SO ORDERED.
26
   Dated: January 20, 2010
27
                                          _____
28                                        GARLAND E. BURRELL, JR.
                                          United States District Judge