1   DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2   Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
KHAMALE KEOVILAY

6

7             IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,     )
                         )   Cr.S. 09-223-GEB

10            Plaintiff,   )
                         )   **STIPULATION AND ORDER**

11        v.               )
                         )

12   KHAMALE KEOVILAY, et al.,    )   DATE:  April 30, 2010
                         )   TIME:  9:00 a.m.

13           Defendants.   )   JUDGE: Hon. Garland E. Burrell
                         )

14   _____ )

15

16       It is hereby stipulated and agreed by to the United States of

17 America through HEIKO P. COPPOLA, Assistant United States Attorney, and

18 TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE

19 KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising

20 Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through

21 his attorney, SCOTT N. CAMERON, that the status conference set for

22 March 12, 2010 be continued to a status conference on Friday, April 30,

23 2010 at 9:00 a.m.  This continuance is being requested because defense

24 counsel needs additional time to prepare, to review discovery, and to

25 interview witnesses.  The parties have received a large amount of

26 discovery and have been advised that more is coming, including Title

27 III documents.

28       Furthermore, the parties stipulate and agree that the interest of

justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 30, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 9, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                        _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY

DATED: March 9, 2010
                                    /s/ Dennis S. Waks for
                        _____
_____    SCOTT N. CAMERON Attorney for
                                    RODNEY SHEAD
DATED: March 9, 2010
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                        _____
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

                                    /s/ Dennis S. Waks for
                        _____
_____    TODD D. LERAS
                                    Assistant U.S. Attorney

                        IT IS SO ORDERED.

Dated:  March 11, 2010

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

**2**