1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   RODNEY SHEAD

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CASE NO.  09-CR-00223 GEB
                                  )
11              Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                  )   STATUS CONFERENCE AND EXCLUDING
12    v.                          )   TIME
                                  )
13 KHAMALE KEOVILAY, et. al.,     )
                                  )   DATE:   April 30, 2010
14              Defendant.        )   TIME:   9:00 a.m.
   _____)   COURT:  Hon. Garland E. Burrell
15
                        Stipulation
16
        It is hereby stipulated, and agreed to, by the United States of
17
   America through HEIKO P. COPPOLA, Assistant United States Attorney,
18
   and TODD D. LERAS, Assistant United States Attorney, defendant,
19
   KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS,
20
   Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD,
21
   by and through his attorney, SCOTT N. CAMERON, that the status
22
   conference set for April 30, 2010 be continued to a status conference
23
   on Friday, June 18, 2010 at 9:00 a.m. This continuance is being
24
   requested because defense counsel needs additional time to prepare, to
25
   review discovery, and to interview witnesses. The parties have
26
   received a large amount of discovery and have been advised that more
27
   is coming, including Title III documents.
28

                              1

1   Furthermore, the parties stipulate and agree that the interest of

2   justice served by granting this continuance outweighs the best

3   interest of the public and the defendant in a speedy trial. (18 U.S.C.

4   § 3161(h)(7)(A)).

5       Speedy trial time is to be excluded from the date of this order

6   through the date of the status conference set for June 18, 2010,

7   pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to

8   prepare] (Local Code T4).

9   DATED: April 27, 2010          BENJAMIN B. WAGNER
                                   United States Attorney
10
                            by     /s/ Scott N. Cameron, for
11                                 HEIKO P. COPPOLA
                                   Assistant U.S. Attorney
12
    DATED: April 27, 2010          BENJAMIN B. WAGNER
13                                 United States Attorney

14                          by     /s/ Scott N. Cameron, for
                                   TODD D. LERAS
15                                 Assistant U.S. Attorney

16  DATED: April 27, 2010    by    /s/ Scott N. Cameron
                                   Scott N. Cameron
17                                 Attorney for RODNEY SHEAD

18  DATED: April 27, 2010          DANIEL J. BRODERICK
                                   Federal Defender
19
                            by     /s/ Scott N. Cameron, for
20                                 Dennis S. Waks
                                   Supervising Assistant Federal Defender
21                                 Attorney for KHAMALE KEOVILAY

22

23          IT IS SO ORDERED.

24
    Dated:  May 5, 2010
25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28

                                    2