Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-CR-00223 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| KHAMALE KEOVILAY, et. al., | ) | DATE: June 18, 2010 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | COURT: Hon. Garland E. Burrell |

## Stipulation

It is hereby stipulated, and agreed to, by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for June 18, 2010 be continued to a status conference on Friday, August 6, 2010 at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery and have been advised that more is coming, including Title III documents.

1  Furthermore, the parties stipulate and agree that the interest of
2  justice served by granting this continuance outweighs the best
3  interest of the public and the defendant in a speedy trial. (18 U.S.C.
4  § 3161(h)(7)(A)).
5      Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference set for August 6, 2010,
7  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to
8  prepare] (Local Code T4).

DATED: June 15, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                          by  /s/ Scott N. Cameron, for
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney


DATED: June 15, 2010      by  /s/ Scott N. Cameron
                              Scott N. Cameron
                              Attorney for RODNEY SHEAD


DATED: June 15, 2010          DANIEL J. BRODERICK
                              Federal Defender

                          by  /s/ Scott N. Cameron, for
                              Dennis S. Waks
                              Supervising Assistant Federal Defender
                              Attorney for KHAMALE KEOVILAY


        IT IS SO ORDERED.

Dated:  June 16, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge