1 | Scott N. Cameron (SBN 226605)
Attorney at Law
2 | 1007 7th Street, Suite 319
Sacramento, CA 95814
3 | Telephone: 916-442-5230

4 | Attorney for:
RODNEY SHEAD

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) CASE NO. 09-CR-00223 GEB
   |                             )
11 |              Plaintiff,     ) STIPULATION AND [PROPOSED] ORDER
   |                             ) CONTINUING STATUS CONFERENCE AND
12 |      v.                     ) EXCLUDING TIME
   |                             )
13 | KHAMALE KEOVILAY, et. al.,  )
   |                             ) DATE: August 6, 2010
14 |              Defendant.     ) TIME: 9:00 a.m.
   | _____) COURT: Hon. Garland E. Burrell

<u>Stipulation</u>

It is hereby stipulated, and agreed to, by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for August 6, 2010 be continued to a status conference on Friday, October 8, 2010 at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. This case involves voluminous wire taps and the defense recently received copies of the Title III documents which must be reviewed.

/ / /

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 8, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 3, 2010         BENJAMIN B. WAGNER
                              United States Attorney

                        by    /s/ Scott N. Cameron, for
                              Todd D. Leras
                              Assistant U.S. Attorney


DATED: August 3, 2010   by    /s/ Scott N. Cameron
                              Scott N. Cameron
                              Attorney for RODNEY SHEAD


DATED: August 3, 2010         DANIEL J. BRODERICK
                              Federal Defender

                        by    /s/ Scott N. Cameron, for
                              Dennis S. Waks
                              Supervising Assistant Federal Defender
                              Attorney for KHAMALE KEOVILAY


        IT IS SO ORDERED.

Dated:  August 4, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge