1   Scott N. Cameron (SBN 226605)
    Attorney at Law
2   1007 7th Street, Suite 319
    Sacramento, CA 95814
3   Telephone: 916-442-5230

4   Attorney for:
    RODNEY SHEAD

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   CASE NO.  09-CR-00223 GEB
                                     )
11                 Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                     )   STATUS CONFERENCE AND EXCLUDING
12       v.                          )   TIME
                                     )
13  RODNEY SHEAD, et. al.,           )
                                     )   DATE:    August 23, 2010
14                 Defendant.        )   TIME:    9:00 a.m.
    _____)   COURT:   Hon. Kimberly J. Mueller
15
                               Stipulation
16
17       It is hereby stipulated, and agreed to, by the United States of

18  America, through HEIKO COPPOLA, Assistant United States Attorney, and

19  defendant, RODNEY SHEAD, by and through his attorney, SCOTT N.

20  CAMERON, that the hearing on the petition alleging a violation of pre-

21  trial release conditions currently scheduled for August 23, 2010 be

22  continued to Tuesday, August 24, 2010, at 2:00 p.m. This continuance

23  is being requested because defense counsel has a conflicting

24  obligation out of town in relation to another case appointed him by

25  this court. Pretrial Services has been consulted about this request

26  and does not have any objection.

27  / / /

28  / / /

                                   1

1        The prosecutor has authorized defense counsel to sign this

2   stipulation on his behalf.

3

4   DATED: August 20, 2010        BENJAMIN B. WAGNER
                                  United States Attorney
5
                            by    /s/ Scott N. Cameron, for
6                                 Heiko Coppola
                                  Assistant U.S. Attorney
7

8
    DATED: August 20, 2010   by   /s/ Scott N. Cameron
9                                 Scott N. Cameron
                                  Attorney for RODNEY SHEAD
10

11

12

13
            IT IS SO ORDERED.
14

15
    DATED: August 20, 2010.
16

17

18                               _____
19                               U.S. MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                                      2