Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 09-CR-00223 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| KHAMALE KEOVILAY and RODNEY SHEAD, | ) DATE: October 8, 2010 ) TIME: 9:00 a.m. |
| Defendants. | ) COURT: Hon. Garland E. Burrell, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference, scheduled for October 8, 2010, may be continued to November 12, 2010, at 9:00 a.m.  This case involves voluminous wire-tap and video surveillance evidence.  The defense is reviewing discovery and investigation is ongoing.  As a result, the defense needs additional time before a meaningful status conference can be held.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rodney Shead to sign this stipulation on their behalf.

DATED: October 6, 2010         BENJAMIN B. WAGNER
                               United States Attorney

                          by   /s/ Scott N. Cameron, for
                               Heiko Coppola
                               Assistant U.S. Attorney


DATED: October 6, 2010    by   /s/ Scott N. Cameron
                               Scott N. Cameron
                               Attorney for RODNEY SHEAD


                               DANIEL J. BRODERICK
                               Federal Defender

DATED: October 6, 2010    by   /S/ Scott N. Cameron, for
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               KHAMALE KEOVILAY

**ORDER**

Good cause appearing, the status conference, scheduled for October 8, 2010, is continued to November 12, 2010, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge