DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KHAMALE KEOVILAY, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | Cr.S. 09-223-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 14, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for November 12, 2010, be continued to a status conference on Friday, January 14, 2011, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of

1  justice served by granting this continuance outweighs the best interest
2  of the public and the defendant in a speedy trial. (18 U.S.C. §
3  3161(h)(7)(A)).
4      Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for January 14, 2011,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).
8  DATED: November 8, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      KHAMALE KEOVILAY

DATED: November 8, 2010

                                      /s/ Dennis S. Waks for
                                      _____
                                      SCOTT N. CAMERON Attorney for
                                      RODNEY SHEAD

DATED: November 8, 2010

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Dennis S. Waks for
                                      _____
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

                                      /s/ Dennis S. Waks for
                                      _____
                                      TODD D. LERAS
                                      Assistant U.S. Attorney

        IT IS SO ORDERED.

Dated:  November 10, 2010

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge