DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>KHAMALE KEOVILAY, et al.,     )<br>                              )<br>            Defendants.       )<br>                              )<br>_____) | Cr.S. 09-223-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 11, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

     It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for January 14, 2011, be continued to a status conference on Friday, March 11, 2011, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

     Furthermore, the parties stipulate and agree that the interest of

justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 11, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 10, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
KHAMALE KEOVILAY

DATED: January 10, 2011

/s/ Dennis S. Waks for
_____
SCOTT N. CAMERON Attorney for
RODNEY SHEAD

DATED: January 10, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney

/s/ Dennis S. Waks for
_____
TODD D. LERAS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  January 11, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2