```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KHAMALE KEOVILAY and<br>RODNEY SHEAD,<br><br>              Defendants. | CASE NO.  09-CR-00223 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME<br><br>DATE:  March 11, 2011<br>TIME:  9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference, scheduled for March 11, 2011, may be continued to April 22, 2011, at 9:00 a.m.  This case involves voluminous wire-tap and video surveillance evidence.  The defense is reviewing discovery and investigation is ongoing.  As a result, the defense needs additional time before a meaningful status conference can be held.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. §

1

3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rodney Shead to sign this stipulation on their behalf.

DATED: March 8, 2010       BENJAMIN B. WAGNER
                           United States Attorney

                      by   /s/ Scott N. Cameron, for
                           Heiko Coppola
                           Assistant U.S. Attorney


DATED: March 8, 2010  by   /s/ Scott N. Cameron
                           Scott N. Cameron
                           Attorney for RODNEY SHEAD


                           DANIEL J. BRODERICK
                           Federal Defender


DATED: March 8, 2010  by   /S/ Scott N. Cameron, for
                           DENNIS S. WAKS
                           Supervising Assistant Federal Defender
                           Attorney for Defendant
                           KHAMALE KEOVILAY

**ORDER**

Good cause appearing,

The status conference, scheduled for March 11, 2011, is continued to April 22, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated:  March 8, 2011

                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge

2