Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  09-CR-00223 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| | ) |
| KHAMALE KEOVILAY and | ) |
| RODNEY SHEAD, | ) DATE: April 22, 2011 |
| | ) TIME:  9:00 a.m. |
| Defendants. | ) COURT: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for April 22, 2011, may be continued to June 24, 2011, at 9:00 a.m.  Defendant KEOVILAY has a second case, 09-CR-222 GEB, which is also set for status conference on June 24, 2011.  The parties would like to have these cases set for status on the same date.  In addition, the instant case involves voluminous wire-tap and video surveillance evidence.  The defense is reviewing discovery and investigation is ongoing.  As a result, the defense needs additional time before a meaningful status conference can be held.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the

1

defendants in a speedy trial.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rodney Shead to sign this stipulation on their behalf.

DATED: April 19, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                         by    /s/ Scott N. Cameron, for
                               Todd Leras
                               Assistant U.S. Attorney

DATED: April 19, 2011    by    /s/ Scott N. Cameron
                               Scott N. Cameron
                               Attorney for RODNEY SHEAD

                               DANIEL J. BRODERICK
                               Federal Defender

DATED: April 19, 2011    by    /S/ Scott N. Cameron, for
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               KHAMALE KEOVILAY

**ORDER**

Good cause appearing,

The status conference, scheduled for April 22, 2011, is continued to June 24, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: April 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge