DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr.S. 09-223-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: August 26, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for June 24, 2011, be continued to a status conference on Friday, August 26, 2011, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of

1  justice served by granting this continuance outweighs the best interest
2  of the public and the defendant in a speedy trial. (18 U.S.C.
3  §3161(h)(7)(A)).
4      Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for August 26, 2011,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).
8  DATED: June 21, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

                                        /s/ Dennis S. Waks for
                                        _____
                                        SCOTT N. CAMERON Attorney for
                                        RODNEY SHEAD

DATED: June 21, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Dennis S. Waks for
                                        _____
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

                                        /s/ Dennis S. Waks for
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

                                        O R D E R

    IT IS SO ORDERED.

DATED: July 5, 2011

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge