```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-223-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| KHAMALE KEOVILAY, et al., ) | DATE: October 28, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for August 26, 2011, be continued to a status conference on Friday, October 28, 2011, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

    Furthermore, the parties stipulate and agree that the interest of

1  justice served by granting this continuance outweighs the best interest
2  of the public and the defendant in a speedy trial. (18 U.S.C.
3  §3161(h)(7)(A)).
4     Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for October 28, 2011,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).
8  DATED: August 24, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY

                                    /s/ Dennis S. Waks for
                                    _____
                                    SCOTT N. CAMERON Attorney for
                                    RODNEY SHEAD

DATED: August 24, 2011
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

                                    _____
                                              O R D E R

         IT IS SO ORDERED.

DATED: August 25, 2011              _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge