DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-223-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: March 2, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for January 27, 2012, be continued to a status conference on Friday, March 2, 2012, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

   Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest

1  of the public and the defendants in a speedy trial. (18 U.S.C.
2  §3161(h)(7)(A)).
3       Speedy trial time is to be excluded from the date of this order
4  through the date of the status conference set for March 2, 2012,
5  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
6  (Local Code T4).
7  DATED: January 24, 2012
8                                    Respectfully submitted,
9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Dennis S. Waks
11                                   _____
                                     DENNIS S. WAKS
12                                   Supervising Assistant Federal Defender
                                     Attorney for Defendant
13                                   KHAMALE KEOVILAY
14
15                                   /s/ Dennis S. Waks for
                                     _____
16                                   SCOTT N. CAMERON Attorney for
                                     RODNEY SHEAD
17
18 DATED: January 24, 2012
                                     BENJAMIN B. WAGNER
19                                   United States Attorney
20
                                     /s/ Dennis S. Waks for
21                                   _____
                                     TODD D. LERAS
22                                   Assistant U.S. Attorney
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /
   / / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 2, 2012, at 9:00 a.m..

Dated:   January 25, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge