```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>          Plaintiff, )<br>  )<br>     v. )<br>  )<br>KHAMALE KEOVILAY, et al., )<br>  )<br>         Defendants. )<br>  )<br>_____ ) | Cr.S. 09-223-GEB<br><br>**STIPULATION AND ORDER**<br><br><br>DATE: April 13, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

    It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and defendant, RODNEY SHEAD, by and through his attorney, SCOTT N. CAMERON, that the status conference set for March 2, 2012, be continued to a status conference on Friday, April 13, 2012, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

    Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest

of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 13, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 28, 2012

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    _____
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    KHAMALE KEOVILAY

    /s/ Dennis S. Waks for
    _____
    SCOTT N. CAMERON Attorney for
    RODNEY SHEAD

DATED: February 28, 2012

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Dennis S. Waks for
    _____
    TODD D. LERAS
    Assistant U.S. Attorney

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including April 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for April 13, 2012, at 9:00 a.m..

Dated:  February 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge