SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODNEY DEAN SHEAD, et. al. ) <br> ) <br> Defendants. ) <br> _____) | CASE NO.  2:09-CR-00223 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE JUDGMENT AND SENTENCING OF RODNEY SHEAD** |

**Stipulation**

The parties, through undersigned counsel, stipulate that the judgment and sentencing of defendant RODNEY SHEAD, currently scheduled for August 10, 2012, may be continued to August 31, 2012, at 9:00 a.m. and the schedule for objections may be modified as set forth below.

The draft presentence investigation report (hereafter "PSR") was made available on July 20, 2012, and defense counsel needs the standard two weeks to prepare the initial objections to the Probation Department.  As such, the additional time requested is necessary to allow defense counsel to prepare the initial objections.

Furthermore, the parties stipulate to the following schedule of disclosure/briefing schedule:

Proposed PSR Disclosed to Counsel:            Completed

1

| | |
|---|---|
| Counsel's Written Objections to Probation: | August 3, 2012 |
| Pre-Sentence Report Filed with the Court: | August 10, 2012 |
| Motion for Correction to PSR: | August 17, 2012 |
| Reply or Statement of Non-Opposition: | August 24, 2012 |
| Judgment and Sentencing: | August 31, 2012, 9:00 a.m. |

The Probation Department has been consulted regarding the above stipulations and has no objections.  The government has authorized the defense counsel for RODNEY SHEAD to sign this stipulation on his behalf.

DATED: July 26, 2012         BENJAMIN WAGNER
                             United States Attorney

                       by    /s/ Scott N. Cameron, for
                             Todd Leras
                             Assistant U.S. Attorney

DATED: July 26, 2012
                       by    /s/ Scott N. Cameron
                             Scott N. Cameron
                             Counsel for Rodney Shead

### Order

Good cause appearing, the date for judgment and sentencing of defendant Rodney Shead, presently scheduled for August 10, 2012, is continued to August 31, 2012, at 9:00 a.m.  The Court also orders the briefing schedule as set forth in the above stipulation.

IT IS SO ORDERED.

Dated: July 27, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2